08-00450 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches©,
Plaintiff

Civ. No: 550

v.

Kay Jewelers d/b/a Kay.com A/K/A 1800-681-8796,
Defendants

Complaint

Comes now Plaintiff Jonathan Lee Riches©, moves under 42 USC 1983. I seek $7.3 Million. Its unconstitutional, I can't wear Jewelry, FCI Williamsburg Solitary. This is a civil rights violation. I have a gold cross chain my mother gave me. This is a civil rights violation for being bias on my religion.

Respectfully
Submitted

Jonathan Lee Riches©